UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3089

Filed: December 29, 2003

JAN ALBERT CREUSERE

    Plaintiff - Appellant

C-1-01-20

Hogan

v.

JAMES HUNT CONSTRUCTION; JAMES HUNT

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 12/4/03 the mandate for this case hereby issues today.

A True Copy.

Attest:

COSTS: NO COSTS TAXED

Filing Fee ..........$
Printing ............$

    Total ..........$

_Robin Duncan_
Deputy Clerk